# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Samuel Rappylee Bateman,<br><br>Defendant/Movant. | **NO. CV-25-08134-PCT-SMB (ESW)**<br><br>**CR-22-08092-PCT-SMB**<br><br>**JUDGMENT** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order filed September 3, 2025, movant's motion pursuant to 28 U.S.C. 2255 to vacate, set aside or correct a sentence is denied and the civil action opened in connection is hereby dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

September 3, 2025

By s/ K. James
Deputy Clerk